UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LESLIE HILLIARD | CIVIL ACTION |
| VERSUS | NO. 14-747 |
| JIM ROGERS, WARDEN, LOUISIANA CORRECTIONAL INSTITUTE FOR WOMEN | SECTION "C"(2) |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Lesley Hilliard for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 26 day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE